**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 99-10890
Summary Calendar**
_____


**LOUIS M. DYLL; JOYCE DYLL; EDWARD JAMES DYLL;
MICHAEL ANDREW DYLL; KATHERINE ROSE DYLL,**

**Plaintiffs-Appellees,**

**VERSUS**

**PAUL W. ADAMS; ET AL.,**

**Defendants,**

**PAUL W. ADAMS,**

**Defendant-Appellant.**

_____

Appeal from the United States District Court
for the Northern District of Texas

(3:92-CV-698)
_____


February 2, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

In May 1999, Paul W. Adams ("Adams") filed a motion under Rule 60(b)(6) in the district court seeking to vacate a judgment entered in favor of Louis M. Dyll, et al. ("plaintiffs") by the district court in July 1997 against Adams and two other defendants. The two other defendants appealed such judgment but Adams did not appeal. On appeal, this Court reversed and vacated the award of actual

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

damages and punitive damages in favor of the plaintiffs.  The district court denied Adams' motion for relief under Rule 60(b)(6) and Adams appealed.

We have carefully reviewed the briefs, the reply brief, the corrected record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion and Order filed under date of June 30, 1999, we are unable to conclude that the district court abused its discretion in denying Adams' motion.  Accordingly, the Order of the district court is AFFIRMED.